UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
Joseph Pollak,                                              Civil Action No:
                                                            1:21-cv-6878

                             Plaintiff,

        -v.-

The CBE Group, Inc.

                             Defendants.
---------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 20th day of January, 2022

/s/Tamir Saland
Tamir Saland
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
Phone: 201-282-6500
tsaland@steinsakslegal.com

The application is ✓ granted.
SO ORDERED     ___ denied.
    s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: January 20, 2022
Brooklyn, New York

1